

# Fourth Court of Appeals
## San Antonio, Texas

February 11, 2019

No. 04-18-00608-CV

**IN THE INTEREST OF J.M.S. AND A.S.A, CHILDREN,**

From the 407th Judicial District Court, Bexar County, Texas
Trial Court No. 2017-PA-01788
Honorable Richard Garcia, Judge Presiding

# O R D E R

On January 24, 2019, appellant filed her reply brief in this accelerated appeal. On February 7, 2019, appellant filed a motion to extend time to file an amended reply brief until February 7, 2019. Appellant attached her amended reply brief to the motion. Although appellant's motion does not comply with Texas Rule of Appellate Procedure 10.1(a)(5) in that it is not accompanied by a certificate of conference, in the interest of justice and given the time constraints governing this appeal, the motion is GRANTED and the attached reply brief is accepted as filed.

It is so **ORDERED** on February, 2019.

PER CURIAM

ATTESTED TO: _____
KEITH E. HOTTLE,
Clerk of Court